**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| MATT MCCORMICK,<br><br>Plaintiff,<br><br>v.<br><br>TEXAKOMA FINANCIAL, INC.,<br><br>Defendant. | **Case No. 4:25-cv-00773-ALM**<br><br>**FIRST AMENDED COMPLAINT FOR VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW, Matt McCormick ("Mr. McCormick"), through his counsel, and for his First Amended Complaint against Defendant, Texakoma Financial, Inc. ("Texakoma"), states:

## INTRODUCTION

1. Plaintiff brings this complaint for Defendant's violations of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. §227, *et seq*.

## PARTIES

2. Matt McCormick is a natural person who, at all times relevant to this Complaint, resided in Prosper, Texas.

3. Texakoma is a for-profit company with a business location at 5601 Granit Pkwy Plano, Texas 75024.

4. Whenever it is alleged herein that any Defendant did any act, it is meant that the Defendant performed or participated in the act or that Defendant's officers, agents or employees performed or participated in the act on behalf of and under the authority of a Defendant.

## JURISDICTION AND VENUE

5. This Court's jurisdiction arises under 47 U.S.C. § 227(g)(2), and 28 U.S.C. §§ 1331 and 1337.

6. Venue is appropriate in this federal district under 47 U.S.C. § 227(g)(4) and 28 U.S.C. § 1391 because Defendant regularly transacts business within this federal judicial district and, therefore, reside in this federal judicial district within the meaning of 28 U.S.C. § 1391(b) and (c).

## FACTUAL ALLEGATIONS

7. Defendant Texakoma is a "person" as defined by 47 U.S.C. § 153(39) and is engaged in interstate commerce.

8. Defendant is a "telemarketer" within the meaning of 47 C.F.R. § 64.1200(f)(12), as

it initiates telephone calls to encourage the purchase or investment in goods or services.

9. Plaintiff's telephone number ending in 9117 is a personal cellular telephone number, registered to Plaintiff and used exclusively for personal and household purposes.

10. Plaintiff's number ending in 9117 has been continuously registered on the National Do Not Call Registry since 2004.

11. Plaintiff registered his personal cellular number on the National Do Not Call Registry specifically to avoid receiving unwanted telemarketing calls.

12. Plaintiff uses this number exclusively for personal communications with friends, family, and other private contacts.

13. Despite Plaintiff's Do Not Call registration and lack of consent, Defendant initiated at least three unsolicited telemarketing calls to Plaintiff's number attempting to induce him to invest in oil exploration ventures.

14. On or about July 19, 2021, Defendant's agent, Steve White, personally called Plaintiff on his personal cell phone ending in 9117 and attempted to solicit investment funds for Texakoma's oil exploration projects.

15. During the first call, Mr. White addressed Plaintiff by name ("Matt McCormick"), confirming the call was targeted at Plaintiff personally, not a business.

16. When Plaintiff asked how his information was obtained, Mr. White stated that he was calling from a lead list that was "six to eight years old" containing thousands of names that had been recently uploaded into their system.

17. On August 16, 2021 and August 24, 2021, Mr. White placed two more calls to Plaintiff, again asking for "Matt" by name and following up on the prior solicitation despite Plaintiff's prior lack of interest.

18. Plaintiff recognized the calls as coming from Texakoma because Mr. White provided Texakoma's name, detailed its investment offerings, and gave its website (www.texakoma.com).

19. Plaintiff has never sought or requested information regarding Texakoma's offerings and had no prior dealings with Defendant.

20. Plaintiff has never given Texakoma prior express invitation, permission, or consent—written or otherwise—to contact his number.

21. Plaintiff has never had an "established business relationship" with Texakoma within

the meaning of 47 C.F.R. § 64.1200(f)(5).

22. Texakoma's calls constitute "telemarketing" within the meaning of 47 C.F.R. § 64.1200(f)(13) and were made willfully and knowingly, in violation of Plaintiff's statutory rights, justifying treble damages under 47 U.S.C. § 227(c)(5).

## CAUSE OF ACTION

**Violations of the TCPA's National Do-Not-Call Registry Provisions**
**47 U.S.C. 227(c) and 47 C.F.R. § 64.1200(c)(2)**

23. Plaintiff incorporates by reference the foregoing allegations as if fully set forth herein.

24. Defendant violated 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c)(2) by placing multiple solicitation calls within a one-month period to the cellular telephone number belonging to Plaintiff despite registration on the National Do Not Call Registry and without having signed, written prior express invitation or permission.

25. Defendant's TCPA violations were negligent and/or willful.

26. The TCPA provides a private right of action for these claims under 47 U.S.C. § 227(c)(5).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

A. An order declaring that Defendant's actions, as set out above, violate 47 U.S.C. §227(b) and (c);

B. An award of statutory damages;

C An award of treble damages; and

D. Such other and further relief that the Court deems reasonable and just.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

**GINSBURG LAW GROUP, P.C.**

Dated: 09/24/25

By: *s/ Amy L. B. Ginsburg*

Amy L. B. Ginsburg
GINSBURG LAW GROUP, P.C.
653 W. Skippack Pike, Suite 300-71
Blue Bell, PA 19422
Telephone: (855) 978-6564
Facsimile: (855) 777-0043
Email: aginsburg@ginsburglawgroup.com

*Attorney for Plaintiff,*
*Matt McCormick*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2025, a true and correct copy of the foregoing First Amended Complaint was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

By: *_/s/ Amy L. B. Ginsburg_*
Amy L.B. Ginsburg