# EXHIBIT A

## (Attorneys Fee Declaration)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| MATT MCCORMICK<br><br>*Plaintiff,*<br><br>v.<br><br>TEXAKOMA FINANCIAL, INC.<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:25-cv-00773-ALM |

DECLARATION OF BARRY CANNADAY
IN SUPPORT OF ATETORNEYS' FEES

1. My name is Barry Cannaday. I am (way) over the age of 18 years, of sound mind, and fully competent to make this Declaration. I have personal knowledge of the facts herein stated and they are true and correct.

2. I am an attorney at law duly licensed to practice law in the state of Texas and I am admitted to practice before the U.S. District Court for the Eastern District of Texas.

3. I am a Senior Counsel for Dentons US LLP ("*Dentons*") officed in Dallas, Texas. I have been an attorney with Dentons for approximately 15 years.

4. I graduated from the University of Texas Law School in 1975 with high honors and since then I have practiced energy law and litigation, first inhouse and then with major law firms.

5. I am familiar with the attorneys' fees typically charged by lawyers in Texas in my area of practice.

6. I am the lead attorney for Defendant Texakoma Financial, Inc. ("*TFI*") in this case.

7. I represented TFI in preparing its Reply to the Motion for Summary Judgment Response which was the subject of this Court's Order Sanctioning Amy L.B. Ginsburg entered in this case on June 11, 2026 (the "*Sanctions Order*").

8. In the Sanctions Order, the Court directed that any motion for sanctions by Defendant must be filed with 14 days of the entry of the Sanctions Order relating to the "reasonably necessity of the attorney's fees incurred in discovering and exposing the fictitious citation, quotations, and unsupported propositions in Ginsburg's Motion for Summary Judgment Response." (Collectively, the "*Sanctions Related Fees*")

9. Attached hereto are (i) Exhibit I, which is Dentons' invoice to TFI for legal services performed for TFI in January 2026 relating to this lawsuit, with entries which include the Sanctions Related Fees highlighted in yellow, and (ii) Exhibit II, which is Dentons' invoice to TFI for legal services performed for TFI in May 2026 relating to this lawsuit, with entries which include the Sanctions Related Fees highlighted in yellow. The highlighted fees in Exhibit A and Exhibit B are collectively referred to as the "*Highlighted Fees.*

10. Responding to the sanctionable portions of the Motion for Summary Judgment Response was unusually difficult and time consuming because the cited cases and quotations had to be very carefully read and checked and rechecked to insure that any claims of falsification of cites, quotations or propositions did not unjustly accuse opposing counsel of violations of Rule 11 and Local Rule AT-3(m).

11. It is undersigned counsel's opinion that not less than 60% of the Highlighted Fees in Exhibit I and Exhibit II (totaling $11,595.00) were directly attributable to Sanctioned Related Fees, resulting in an amount of Sanctioned Related Fees that should be recoverable of $7,000.00.

12. It is my opinion that the $7,000.00 in requested fees were both reasonable and necessary based upon my experience with Dentons' law firm and similar major law firms and the following factors: (1) the novelty and difficulty of the issue involved, the skill required to provide the legal services properly, and the experience, reputation and expertise of the

lawyers performing the services, and (2) the time and labor involved to perform the legal services properly, and (3) the fee customarily charged in area of practice for similar services.

13. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

*/s/ Barry F. Cannaday*

Executed on June 24, 2026

# EXHIBIT I

**Dentons' Invoice for Legal Services for January 2026 (McCormick Lawsuit)**

**DENTONS**

Dentons US LLP
100 Crescent Court
Suite 900
Dallas, TX 75201-1858

Texakoma Financial, Inc.
5601 Granite Parkway, Suite 800
Plano, TX 75024

| **INVOICE #:** | **5001-1051515** |
|---|---|
| Invoice Date: | February 20, 2026 |

| **Matter Number:** | 15818066-000001 |
|---|---|
| **Description:** | Matt McCormick |

Payment Due Upon Receipt

For professional services rendered through January 31, 2026

**Invoice Amount**      $10,234.80

To pay by E-Check – https://www.e-billexpress.com/ebpp/DentonsUS

Electronic Transfer (Preferred Method of Payment):
Citibank, N.A.
227 West Monroe, Chicago, IL 60606
ABA Transit #: 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Payment by check (Overnight Delivery):
REMITCO
Dentons #3078
5450 N. Cumberland Avenue
Chicago, IL 60656

OR

Payment by check (USPS):
Dentons US LLP
P.O. Box. 3078
Carol Stream, IL 60132-3078

**\*\*Please contact Dentons US LLP directly to validate any request to change our payment details above\*\***

Please send remittance instructions to cashreceipts@dentons.com or include this page with your payment.

Dentons US LLP TIN # 36-1796730
Questions relating to this invoice should be directed to:
B. Cannaday at (214) 259 1855

**DENTONS**

Client: Texakoma Financial, Inc.

Matter: 15818066-000001

Invoice Date:       February 20, 2026

INVOICE #:          5001-1051515

For professional services rendered through January 31, 2026

## Fee Detail:

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/15/26 | B. Cannaday | Review response to MSJ filed by McCormick. | 1.00 | 655.00 | 655.00 |
| 01/16/26 | B. Fullerton | Research Noviello v Bayview case for Barry Cannaday. | 0.50 | 600.00 | 300.00 |
| 01/16/26 | B. Cannaday | Research and work on Reply Brief. | 6.00 | 655.00 | 3,930.00 |
| 01/19/26 | M. Nickel | Review and cite check brief. | 1.50 | 980.00 | 1,470.00 |
| 01/20/26 | A. Macias | Finalize for filing Reply to Plaintiff's Motion for Summary Judgment and exhibit to same. | 1.00 | 595.00 | 595.00 |
| 01/20/26 | B. Cannaday | Finalize and file Reply Brief in McCormick case. | 4.50 | 655.00 | 2,947.50 |
| 01/30/26 | B. Cannaday | Review TFI Audit Response and related McCormick pleadings. | 0.50 | 655.00 | 327.50 |
| **Total For Services** | | | **15.00** | | **10,225.00** |

## Timekeeper Summary:

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Macias | 1.00 | 595.00 | 595.00 |
| B. Cannaday | 12.00 | 655.00 | 7,860.00 |
| B. Fullerton | 0.50 | 600.00 | 300.00 |
| M. Nickel | 1.50 | 980.00 | 1,470.00 |
| **Total** | **15.00** | | **10,225.00** |

## Disbursement Detail:

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 12/31/25 | PACER 4358562-Q42025 | 1.00 | 9.80 |
| **Total Disbursements** | | | **$9.80** |

| | |
|---|---|
| Fees | 10,225.00 |
| Disbursements | 9.80 |
| **Total Due This Invoice** | **$10,234.80** |

# EXHIBIT II

## Dentons' Invoice for Legal Services for May 2026 (McCormick Lawsuit)



Dentons US LLP
100 Crescent Court
Suite 900
Dallas, TX 75201-1858

Texakoma Financial, Inc.
5601 Granite Parkway, Suite 800
Plano, TX 75024

**INVOICE #:**    **5001-1081086**

Invoice Date:    June 10, 2026

**Matter Number:**    15818066-000001
**Description:**    Matt McCormick

Payment Due Upon Receipt

For professional services rendered through May 31, 2026

**Invoice Amount**    **$11,019.00**

To pay by E-Check – https://www.e-billexpress.com/ebpp/DentonsUS

**Electronic Transfer (Preferred Method of Payment):**
**Citibank, N.A.**
**227 West Monroe, Chicago, IL 60606**
**ABA Transit #: 271070801**
**Account #: 0801051693**
**Account Name: Dentons US LLP**
**Swift Code: CITIUS33**
**Reference: Invoice # and/or client matter #**

**Payment by check (Overnight Delivery):**
REMITCO
Dentons #3078
5450 N. Cumberland Avenue
Chicago, IL 60656

**OR**

**Payment by check (USPS):**
Dentons US LLP
P.O. Box. 3078
Carol Stream, IL 60132-3078

**\*\*Please contact Dentons US LLP directly to validate any request to change our payment details above\*\***

Please send remittance instructions to cashreceipts@dentons.com or include this page with your payment.

Dentons US LLP TIN # 36-1796730
Questions relating to this invoice should be directed to:
B. Cannaday at (214) 259 1855

**DENTONS**

Client: Texakoma Financial, Inc.

Invoice Date:    June 10, 2026

Matter: 15818066-000001

INVOICE #:    5001-1081086

For professional services rendered through May 31, 2026

### Fee Detail:

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/04/26 | B. Cannaday | Work on preparation for McCormick deposition. | 3.75 | 655.00 | 2,456.25 |
| 05/06/26 | B. Cannaday | Prepare for and attend Matt McCormick's deposition. | 4.25 | 655.00 | 2,783.75 |
| 05/07/26 | B. Cannaday | Work on mediation; work on excerpts from telephone calls. | 1.25 | 655.00 | 818.75 |
| 05/08/26 | B. Cannaday | Follow-up on proposed mediation. | 0.25 | 655.00 | 163.75 |
| 05/15/26 | B. Cannaday | Review of email regarding Motion to Show Cause for Amy Ginsburg. | 0.50 | 655.00 | 327.50 |
| 05/22/26 | B. Cannaday | Research issues regarding sanctions for AI generated briefs; review Eastern case regrading same. | 0.50 | 655.00 | 327.50 |
| 05/28/26 | B. Cannaday | Prepare for and attend hearing on Notice of Cause for Contempt. | 3.50 | 655.00 | 2,292.50 |
| **Total For Services** | | | **14.00** | | **9,170.00** |

### Timekeeper Summary:

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| B. Cannaday | 14.00 | 655.00 | 9,170.00 |
| **Total** | **14.00** | | **9,170.00** |

### Disbursement Detail:

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 05/26/26 | Transcript Fees STENO AGENCY, INC 2767448/Deposition - Matt McCormick | 1.00 | 1,849.00 |
| **Total Disbursements** | | | **$1,849.00** |

Fees    9,170.00

Disbursements    1,849.00

**Total Due This Invoice**    **$11,019.00**