# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MATT MCCORMICK, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 4:25-cv-773 |
| v. | § | Judge Mazzant |
| | § | |
| TEXAKOMA FINANCIAL, INC., | § | |
| | § | |
| *Defendant*. | § | |

## <u>ORDER</u>

Pending before the Court is Defendant Texakoma Financial, Inc.'s Motion for Sanctions (Dkt. #32) (the "Motion"). The Motion is unopposed (Dkt. #32 at p. 3). After considering the evidence presented, the Court finds that Defendant incurred $7,000 in reasonable and necessary attorney's fees in discovering, investigating, and responding to the fictitious citations and unsupported propositions discussed in the Court's June 11, 2026 Order (Dkt. #25).

It is therefore **ORDERED** that Defendant Texakoma Financial, Inc.'s Motion for Sanctions (Dkt. #32) is hereby **GRANTED**.

It is further **ORDERED** that, within **ninety days** of the date of this Order, counsel for Plaintiff, Amy. L.B. Ginsburg, shall pay Defendant the amount of $7,000.

**IT IS SO ORDERED**.

 SIGNED this 29th day of June, 2026.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE