## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

MATT MCCORMICK,

                Plaintiff,

    v.

TEXAKOMA FINANCIAL, INC.

                Defendant.

**Case No. 4:25-cv-00773**

## FINAL JUDGMENT

In accordance with the parties' Stipulation of Dismissal Without Prejudice, all of Plaintiff's claims in this action against Defendant Texakoma Financial, Inc. are DISMISSED WITHOUT PREJUDICE.

This is a final judgment disposing of all claims and all parties.

Each party shall bear its own attorneys' fees and costs.

This judgment does not dismiss or waive any matter arising from the Court's Order entered on June 11, 2026 (Dkt. #25).

   **IT IS SO ORDERED**

   **SIGNED this 29th day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE